U.S. DISTRICT COURT 23-CV-01142
EASTERN DISTRICT OF WISCONSIN

Robert W. Johnson, — WHISTLEBLOWER MOTION FOR DEFAULT JUDGEMENT, PRO SE CORPORATION, ETHICS AND GOVERNMENT ACT, ELECTION FRAUD AND SEIZURE OF CHATTELS
Plaintiff,
v.
Facebook, et al.,
Defendants.

23-CV-01142

I, Robert W. Johnson, requests and ORDERS the Courts to file a Default Judgement against all Defendants due to Ethics And Government Act violations, Election Fraud, Pro Se Corporation, Judicial Malpractices and Identity Theft. Robert W. Johnson reserves all rights for appeals, sanctions, prosecutions, RICO ACTS, seizures of chattels and exhaustion of administrative remedies.

08/30/2023

U.S. District Court
Wisconsin Eastern
SEP 18 2023
FILED
Clerk of Court

Robert W. Johnson

Case 2:23-cv-01142-PP   Filed 09/18/23   Page 1 of 1   Document 6