UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ROBERT W. JOHNSON,

    Plaintiff,

v.

FACEBOOK, META, RUDY GIULIANI,
JOHN EASTMAN, MARK MEADOWS,
KENNETH CHESEBRO, JEFFREY CLARK,
JENNA ELLIS, RAY SMITH, III,
ROBERT CHEELEY, CATHLEEN LATHAM,
SCOTT HALL, STEPHEN LEE,
HARRISON FLOYD, TREVIAN KUTTI,
SIDNEY POWELL, MISTY HAMPTON,
MICHAEL ROMAN, DAVID SHAFER,
SHAWN STILL, VLADIMIR PUTIN,
TWITTER and META LLC,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. 23-cv-1142-pp

---

☐ **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☑ **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

    **THE COURT ORDERS AND ADJUDGES** that the plaintiff's complaint is **DISMISSED** for failure to state a claim.

    **THE COURT ORDERS** that this case is **DISMISSED WITHOUT PREJUDICE**.

    Approved and dated in Milwaukee, Wisconsin this 18th day of October, 2023.

GINA M. COLLETTI
Clerk of Court

s/ *Cary Biskupic*
(by) Deputy Clerk

BY THE COURT:

[signature]

**HON. PAMELA PEPPER**
**Chief United States District Judge**